UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAMES L. BROOKS, | Case No. 2:23-cv-00757-JAD-DJA |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| RENO POLICE DEPT., | |
| Defendant | |

**I.  DISCUSSION**

On May 15, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to proceed *in forma pauperis* (ECF No. 2), but did not submit a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff a one-time opportunity until **June 16, 2023,** to submit a complaint to this Court.

If Plaintiff is unable to file a complaint on or before **June 16, 2023**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint.  A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff submit a complaint to this Court on or before **June 16, 2023**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

///

///

///

It is further ordered that, if Plaintiff does not file a complaint on or before **June 16, 2023**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

DATED: May 18, 2023

_____
UNITED STATES MAGISTRATE JUDGE

.