1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| James L. Brooks, | Case No. 2:23-cv-00757-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Paul Hubbell, et al., | |
| Defendants. | |

11   This is a prisoner civil rights action.  Plaintiff James L. Brooks is in the custody of the Ely
12   State Prison.  Plaintiff moves for appointment of counsel.  (ECF No. 15).   Because the Court
13   finds that Plaintiff has not demonstrated exceptional circumstances, it denies his motion for
14   appointment of counsel.

15   **I.     Discussion.**

16   A litigant does not have a constitutional right to appointed counsel in 42 U.S.C. § 1983
17   civil rights claims.  *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981).  Under 28 U.S.C.
18   § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford
19   counsel."  However, the court will appoint counsel for indigent civil litigants only in "exceptional
20   circumstances."  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (§ 1983 action).  "When
21   determining whether 'exceptional circumstances' exist, a court must consider 'the likelihood of
22   success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light
23   of the complexity of the legal issues involved.'"  *Id.*  "Neither of these considerations is
24   dispositive and instead must be viewed together." *Id.*

25   The Court denies Plaintiff's motion because it does not find that he has demonstrated
26   exceptional circumstances.  Plaintiff has filed what appears to be a stock motion for appointment
27   of counsel which does not explain why his particular circumstances are extraordinary such that an
28   appointment of counsel is warranted.  The stock motion refers to the Federal Rules of Criminal

1   Procedure, which do not apply to this civil case.  Plaintiff has also thus far demonstrated an

2   ability to articulate his claims.  And, without prejudging the outcome, it is unclear whether

3   Plaintiff will succeed on the merits of his claims.  Finally, Plaintiff's mail has been returned as

4   undeliverable.  (ECF Nos. 13, 14).  The Court will thus require that Plaintiff update his address as

5   required by Nevada Local Rule IA 3-1.

6

7                                            **ORDER**

8           **IT IS THEREFORE ORDERED** that Plaintiff's motion for appointment of counsel (ECF

9   No. 15) is **denied without prejudice.**

10          **IT IS FURTHER ORDERED** that Plaintiff must update his address on or before

11  **November 27, 2023**.  **Failure to comply with this order may result in the recommended**

12  **dismissal of this case.**

13

14          DATED: October 26, 2023

15                                                        _____

16                                                        DANIEL J. ALBREGTS
                                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28