**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| James Brooks, | Case No. 2:23-cv-00757-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| P. Hubbell, et al., | |
| Defendants. | |

Before the Court is Plaintiff James Brooks' motion for summons.  (ECF No. 17).  Plaintiff explains that he did not receive a summons or USM-285 form for Defendant A. Hernandez after the Court screened his complaint.  The Court thus grants Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summons (ECF No. 17) is **granted.**

**IT IS FURTHER ORDERED** that the clerk of Court is kindly directed to: (1) issue summons to Defendant A. Hernandez; (2) deliver the summons along with a copy of the complaint to the U.S. Marshal for service; and (3) mail Plaintiff a copy of this order and a blank Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have twenty-one days—until **November 22, 2023**—in which to send the U.S. Marshal the required Form USM-285.  Within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether the defendant was served.  If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved

1   defendant and specifying a more detailed name and/or address for said defendant or whether

2   some other manner of service should be attempted.

3

4          DATED: November 1, 2023

5

6          _____

7          DANIEL J. ALBREGTS
           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28