1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

James Brooks,

                     Plaintiff,

   v.

P. Hubbell, et al.,

                     Defendants.

Case No. 2:23-cv-00757-JAD-DJA

**Order**

Before the Court is Plaintiff James Brooks' motion to attempt service of unserved defendants.  (ECF No. 28).  Plaintiff explains that his service was unsuccessful on Reno Police Department officers.  He explains that he now has addresses for these individuals and that he has summonses and USM-285 forms for service.  However, Plaintiff did not identify which Defendants he still needs to serve.  Nonetheless, from the Court's review of the docket, it appears that the summonses to Defendants D. Jane, AJ Burba, J. Castro, L. Tindell, and D. Tallman were returned unexecuted.  (ECF Nos. 20, 21, 22, 23, 24).  The Court thus grants Plaintiff's motion and will forward copies of the complaint and summonses to the U.S. Marshals Service for service.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to attempt service of unserved defendants (ECF No. 28) is **granted.**

**IT IS FURTHER ORDERED** that the clerk of Court is kindly directed to: (1) deliver the summonses for Defendants D. Jane, AJ Burba, J. Castro, L. Tindell, and D. Tallman along with five copies of the complaint to the U.S. Marshals Service for service; and (2) mail Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff shall have twenty-one days—until **December 4, 2023**—in which to send the U.S. Marshals Service the required Form USM-285.[1] Within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshals Service showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether the defendants were served.  If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: November 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline for Plaintiff to serve Defendants is December 26, 2023.  (ECF No. 11 at 7); *see* Fed. R. Civ. P. 4(m).  Plaintiff has not moved to extend this deadline, and this deadline has not yet passed, so the Court does not address the deadline here.