**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
**Brittany K. Bishop, #13745**
Senior Assistant City Attorney
bbishop@cityofsparks.us
**Jessica L. Coberly, #16079**
Senior Assistant City Attorney
jcoberly@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant Nathan Janning*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>            Plaintiff,<br><br>      vs.<br><br>PAUL HUBBELL, et al.,<br><br>            Defendants. | Case No. 2:23-CV-00757-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT NATHAN JANNING WITH PREJUDICE**<br><br>[ECF No. 102] |

IT IS HEREBY STIPULATED consistent with Federal Rule of Civil Procedure 41(a)(1) by and through Plaintiff James L. Brooks, Defendant Nathan Janning, and their counsel of record that Defendant Nathan Janning is hereby dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties are to bear their own attorney fees and costs.

The undersigned do hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 23rd day of May, 2024.

By: /s/ *Jessica Coberly*
    JESSICA COBERLY
    Senior Assistant City Attorney
    Sparks City Attorney's Office
    *Attorney for Defendant Nathan Janning*

By: /s/ *Aniela K. Szymanski*
    ANIELA K. SZYMANSKI, ESQ.
    Law Office of Aniela K. Szymanski, Ltd.
    *Attorney for Plaintiff James L. Brooks*

Wesley K. Duncan, #12362
Sparks City Attorney
wduncan@cityofsparks.us
Mariah Northington, #14247
Senior Assistant City Attorney
mnorthington@cityofsparks.us
Brittany K. Bishop, #13745
Senior Assistant City Attorney
bbishop@cityofsparks.us
Jessica L. Coberly, #16079
Senior Assistant City Attorney
jcoberly@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant Nathan Janning*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PAUL HUBBELL, et al.,<br><br>          Defendants. | Case No. 2:23-CV-00757-JAD-DJA<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant Nathan Janning are dismissed with prejudice from the above-referenced matter.  **The Clerk of Court is directed to TERMINATE Janning as a defendant in this action.**

IT IS FURTHER ORDERED that both parties are to bear their own attorney fees and costs. This case proceeds against all other defendants.

_____
U.S. District Judge Jennifer A. Dorsey

DATED: May 28, 2024

2