CHRISTOPHER J. HICKS
Washoe County District Attorney
BRANDON PRICE
Deputy District Attorney
Nevada State Bar Number 11686
One South Sierra Street
Reno, NV  89501
brprice@da.washoecounty.gov
(775) 337-5700
ATTORNEYS FOR DEFENDANTS, PAUL HUBBELL
AND ANDREW HERNANDEZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES L. BROOKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL HUBBELL; D. TALLMAN; A.J. BURBA; J. CASTRO; N. JANNING; A. HERNANDEZ; D. JANE.; L. TINDELL.<br><br>　　　　Defendants. | Case No.  2:23-CV-00757-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS HUBBELL AND HERNANDEZ TO FILE THEIR REPLY TO THEIR MOTION FOR SUMMARY JUDGMENT (ECF No. 109)**<br><br>**(First Request)**　ECF No. 119 |

　　　　Plaintiff, James L. Brooks, and Defendants, Paul Hubbell and Andrew Hernandez, by and through their undersigned counsel, pursuant to Local Rule IA 6-1(a) hereby submit this stipulation for a 14-day extension of time for Defendants Hubbell and Hernandez to file their reply in support of their motion for summary judgment.  The current deadline for Defendants Hubbell and Hernandez to file their reply is August 21, 2024.

　　　　Defendants, Paul Hubbell and Andrew Hernandez, filed their motion for summary judgment (ECF No. 109) on July 1, 2024.  The Court granted Plaintiff a 15-day extension of time to respond to Defendants Hubbell and Hernandez's Motion for Summary Judgment.  ECF

No. 114.  Plaintiff filed his Opposition to Defendants Hubbell and Hernandez's Motion for Summary Judgment on August 7, 2024.  ECF No. 115.

The parties hereby stipulate and agree to a 14-day extension of time, up to and including September 4, 2024, for Defendants Hubbell and Hernandez to file their reply in support of their motion for summary judgment.   This request for extension is based on good cause and not for purpose of delay.  The parties are seeking an extension of time to accommodate defense counsel's pre-existing professional obligations in other legal matters, defense counsel's other scheduling conflicts, and to give the parties time to engage in settlement discussions before the reply brief is drafted and filed.

This is the first stipulation for an extension of time for Defendants Hubbell and Hernandez to file their reply to their motion for summary judgment.

DATED this 13th day of August, 2024.   DATED this 13th day of August, 2024.

CHRISTOPHER J. HICKS
Washoe County District Attorney

By: *Brandon Price*
    Brandon Price
    Deputy District Attorney
    Nevada Bar No. 11686
    One South Sierra Street
    Reno, NV 89501
*Attorneys for Defendants Paul Hubbell and Andrew Hernandez*

LAW OFFICE OF ANIELA K. SZYMANSKI

By: *Aniela K. Szymanski*
    Aniela K. Szymanski
    Nevada Bar No. 15822
    3765 E. Sunset Rd, B9
    Las Vegas, NV 89120
    Reno, NV 89120
*Attorneys for Plaintiff James Brooks*

**Based on the parties' stipulation [ECF No. 119] and with good cause appearing, IT IS SO ORDERED.**

_____
**United States District Judge**

**DATED this 16th day of August, 2024.**