```
CHRISTOPHER J. HICKS
Washoe County District Attorney
BRANDON PRICE
Deputy District Attorney
Nevada State Bar Number 11686
One South Sierra Street
Reno, NV  89501
brprice@da.washoecounty.gov
(775) 337-5700
ATTORNEYS FOR DEFENDANTS, PAUL HUBBELL
AND ANDREW HERNANDEZ
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES L. BROOKS, | |
| Plaintiff, | Case No.  2:23-CV-00757-JAD-DJA |
| vs. | **Stipulation and Order for Dismissal** |
| PAUL HUBBELL; D. TALLMAN; A.J. BURBA; J. CASTRO; N. JANNING; A. HERNANDEZ; D. JANE.; L. TINDELL. | |
| Defendants. | ECF No. 139 |

Plaintiff, James L. Brooks, and Defendants, Paul Hubbell, Andrew Hernandez, Andrew Barba, and Julian Castro, by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) and the terms of the Settlement Agreement and Release of All Claims that was executed by all the parties.

/ / /

/ / /

/ / /

/ / /

Each party shall pay their own attorneys' fees and costs.

DATED this 26th day of June, 2025.

CHRISTOPHER J. HICKS
Washoe County District Attorney

By:  /s/ *Brandon Price*
    Brandon Price
    Deputy District Attorney
    Nevada Bar No. 11686
    One South Sierra Street
    Reno, NV 89501
    *Attorneys for Defendants Paul Hubbell*
    *and Andrew Hernandez*

DATED this 23rd day of June, 2025.

KARL S. HALL
Reno City Attorney

By:  /s/ *Mark A. Hughs*
    Mark A. Hughs
    Deputy City Attorney
    Nevada Bar No. 5375
    Post Office Box 1900
    Reno, NV 89505
    *Attorneys for Defendants*
    *Julian Castro and Andrew Barba*

DATED this 23rd day of June, 2025.

LAW OFFICE OF ANIELA
K. SZYMANSKI

By:  /s/ *Aniela K. Szymanski*
    Aniela K. Szymanski
    Nevada Bar No. 15822
    3765 E. Sunset Rd, B9
    Las Vegas, NV 89120
    *Attorneys for Plaintiff, James Brooks*

## ORDER

Based on the parties' stipulation **[ECF No. 139]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 26, 2025